# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. 2:13-cr-00018-JCM-GWF |
| Plaintiff, | ) |
| v. | ) |
| BARRY LEVINSON, | ) |
| Defendant. | ) |

**ORDER**

Having reviewed the United States' Motion to Dismiss Counts One and Seventeen of the Indictment in the above-captioned case as against Defendant Barry Levinson (Doc. No. 242 ), and finding that good cause exists to dismiss those counts, **IT IS HEREBY ORDERED** that Counts 1 and 17 of the Indictment in the above-captioned case are **DISMISSED** as against Defendant Barry Levinson.

**DATED** February 4, 2014.

_____
UNITED STATES DISTRICT JUDGE